1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



**FILED**

NOV 2 6 2019

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

   IN THE MATTER OF THE APPLICATION          CASE NO. 2:18-SW-1078 AC
11 OF THE UNITED STATES OF AMERICA
   FOR SEARCH WARRANT CONCERNING:            [PROPOSED] ORDER REGARDING MOTION TO
12                                           UNSEAL SEARCH WARRANT
   Gray Apple iPhone, IMEI 353025098222417
13

14

15

16     The United States' motion to unseal the Search Warrant and this case is GRANTED.

17

18 DATED: 11/25/2019

19                                          _Carl Delaney_ (signature)

20                                          Hon. Carolyn K. Delaney
                                            United States Magistrate Judge
21

22

23

24

25

26

27

28

30

                                     1